IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| ANGELO BAKER | § | |
| VS. | § | CIVIL ACTION NO. 9:21cv241 |
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL. | § | |

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Angelo Baker, an inmate at the Eastham Unit, proceeding *pro se*, brought this civil

rights suit pursuant to 42 U.S.C. § 1983.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate

Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.

The magistrate judge recommends dismissing this action without prejudice.  The court has received

and considered the Report and Recommendation of United States Magistrate Judge filed pursuant

to such referral, along with the record, pleadings and all available evidence.  No objections to the

Report and Recommendation of United States Magistrate Judge were filed by the parties.

### O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct

and the report of the magistrate judge is **ADOPTED**.  A final judgment will be entered in this case

in accordance with the magistrate judge's recommendations.

**SIGNED** this the **10** day of **January, 2022.**

_____
Thad Heartfield
United States District Judge